**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-6182**

———————————

DEMETRIC GRAY PEARSON,

                                Plaintiff - Appellant,

        versus

UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF MARYLAND; STATE OF MARYLAND COURT OF
SPECIAL APPEALS,

                                Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:05-cv-03317-RDB)

———————————

Submitted: September 26, 2006      Decided: September 29, 2006

———————————

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Demetric Gray Pearson, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Demetric Gray Pearson appeals the district court's order dismissing his civil action under 42 U.S.C. § 1983 (2000) as frivolous under 28 U.S.C. § 1915(e) (2000). We have reviewed the record and find that the appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Pearson v. U.S. Dist. Ct., Md., No. 1:05-cv-03317-RDB (D. Md. Jan. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

DISMISSED